ORIGINAL

FILED

08/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0544

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0544

IN RE PETITION OF ROBERT C. GRIFFIN FOR
REINSTATEMENT TO ACTIVE STATUS IN THE       O R D E R
BAR OF MONTANA

Robert C. Griffin has petitioned for reinstatement to active status in the State Bar of Montana. Griffin was placed on inactive status by the State Bar of Montana pursuant to Rules 3B2, 5, and 12 of the Rules for Continuing Legal Education (CLE) on July 1, 2024, as a result of noncompliance with CLE requirements. In accordance with Rule 13 of the CLE Rules, Griffin has provided a letter from the State Bar certifying that Griffin has now completed all CLE requirements "through the reporting year that ended March 31, 2024."

The Petition indicates Griffin is actively practicing law in North Dakota and has been since May 8, 2013. Petitioner is or has not been: 1) suspended, disbarred, or otherwise ineligible to practice of law in another jurisdiction and is not currently subject to disciplinary proceedings or pending disciplinary proceedings in another jurisdiction, 2) charged with a criminal offense, 3) accrued delinquent debt or filed for bankruptcy, 4) failed to fulfill the obligations of a public office or professional license, or 5) committed any violations of the Rules of Professional Conduct while on inactive status. Good cause appearing,

IT IS HEREBY ORDERED that the petition of Robert C. Griffin for reinstatement to active status in the State Bar of Montana is GRANTED.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 6ᵗʰ day of August, 2024.

FILED

AUG - 6 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices